# MEMORANDUM DECISIONS

AMERICAN RADIUM CO. v. HIPP. DIDISHEIM CO., Inc., et al. (Circuit Court of Appeals, Second Circuit. March 27, 1922.) No. 238. Appeal from the District Court of the United States for the Southern District of New York. Suit in equity by the American Radium Company against the Hipp. Didisheim Company, Inc., and others. Decree for defendants, and complainant appeals. Affirmed. For opinion below, see 279 Fed. 601. Redding & Greeley, of New York City, Frederick P. Fish, of Boston, Mass., and William A. Redding and Ambrose L. O'Shea, both of New York City, for plaintiff. Pennie, Davis, Marvin & Edmonds, of New York City (Dean S. Edmonds, W. Brown Morton, and Chas. H. Studin, all of New York City, of counsel), for defendants. Before HOUGH and MANTON. Circuit Judges, and Augustus N. HAND, District Judge.

PER CURIAM. Decree affirmed.

ANDREW JERGENS CO., v. WOODBURY, Inc., et al. (Circuit Court of Appeals, Third Circuit. February 24, 1922. Rehearing Denied May 12, 1922.) No. 2744. Appeal from the District Court of the United States for the District of Delaware; Hugh M. Morris, Judge. Suit by the Andrew Jergens Company against Woodbury, Incorporated, and others. From a decree dismissing the bill (273 Fed. 952), plaintiff appeals. Affirmed. Thomas F. Bayard, of Wilmington, Del., Winter & Winter, of New York City, and De Camp, Sutphin & Brumleve, of Cincinnati, Ohio, for appellant. Marvin & Pleasants and John Robert Taylor, all of New York City (Samuel A. Pleasants, of New York City, of counsel), for appellees. Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. This case, one to enjoin alleged trade-mark infringement and unfair competition, was heard by the judge below, who later filed an opinion, found at 273 Fed. 952, followed by a decree dismissing the bill. The questions involved are mainly ones of fact growing out of the business dealings, contracts and litigations extending over years. Those questions concern the parties alone, and a detail of them by this court in another opinion and the burden and expense placed on the legal profession by the ensuing publication thereof in the reports, warrant our confining ourselves to saying we find no error in the court's action. Its opinion evidences such patient and thorough study, so accurate knowledge of details, and such sound and justified conclusions, that the litigants are assured their proofs, rights, and contentions were given by the judge below in his opinion, and by the court above, which now approves of it, that thorough consideration litigants are entitled to have in courts of justice. Limiting ourselves to this brief statement, the decree below is now affirmed by this court.

BORTZ v. EUREKA OIL CO. (Circuit Court of Appeals, Eighth Circuit. March 21, 1922.) No. 6014. Appeal from the District Court of the United States for the District of Kansas. Chester I. Long, Joseph D. Houston, Austin M. Cowan, Claude I. Depew, Forest D. Siefkin, and James G. Norton, all of Wichita, Kan., for appellant. L. P. Brooks, of Wichita, Kan., for appellee.

PER CURIAM. Appeal dismissed, with prejudice, at costs of appellant, pursuant to stipulation.